IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TODD MCELROY, | ) |
| | ) |
|    Plaintiff- Appellant, | ) |
| | ) CASE NO.   4:23-cv-38 |
| V. | ) |
| | ) Appeal No. 23-11805-H |
| US DISTRICT JUDGE R. Stan Baker, | ) |
| US MAGISTRATE JUDGE CHRISTOPHER | ) |
| L. RAY, SR US DISTRICT JUDGE | ) |
| WIILLIAM T. MOORE, JR, | ) |
| | ) |
|    Defendant - Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___1ST___ day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA